FILED
CLERK, U.S. DISTRICT COURT
JUL 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KARA TECHNOLOGY INCORPORATED,<br><br>    Plaintiff and Counter-defendants,<br><br>v.<br><br>STAMPS.COM INC.,<br><br>    Defendants and Counter-claimants. | No. CV05-1890 CBM (SSx)<br><br><br><br><br>JUDGEMENT |

    The above-entitled matter having been tried to a jury before the Honorable Consuelo B. Marshall, United States District Judge presiding, and the Jury having duly rendered its verdict in favor of Defendant Stamps.com on Counts I-II of Plaintiff Kara Technology Incorporated's ("KT") Complaint; and the Court having Granted Summary Judgment in favor of Defendant Stamps.com, *see* 8/23/06 Order, with respect to Counts III-VI; and in accordance with Fed. R. Civ. P. 58,

    **IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Defendant Stamps.com on all causes of action asserted by Plaintiff KT.

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant is the |
| 2 | prevailing party entitled to recover costs pursuant to Local Rule 54-4. |
| 3 | |
| 4 | **IT IS SO ORDERED.** |
| 5 | DATE: July 16, 2008 |
| 6 | CONSUELO B. MARSHALL<br>UNITED STATES DISTRICT JUDGE |