UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KARA TECHNOLOGY INCORPORATED,<br><br>　　　　Plaintiff and Counter-defendants,<br><br>v.<br><br>STAMPS.COM INC.,<br><br>　　　　Defendants and Counter-claimants. | No.  CV05-1890 CBM (SSx)<br><br><br><br><br>AMENDED JUDGEMENT |

　　　Pursuant to Rule 59(e), the Court amends its Judgment.  Fed. R. Civ. P. 59(e).

　　　The above-entitled matter having been tried to a jury before the Honorable Consuelo B. Marshall, United States District Judge presiding, and the Jury having duly rendered its verdict in favor of Defendant Stamps.com on Counts I-II of Plaintiff Kara Technology Incorporated's ("KT") Complaint; and the Court having Granted Summary Judgment in favor of Defendant Stamps.com, *see* 8/23/06 Order, with respect to Counts III-VI; and in accordance with Fed. R. Civ. P. 58,

　　　**IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Defendant Stamps.com on all causes of action asserted by Plaintiff KT.  Judgment is entered in favor of Plaintiff Kara Technology on Defendant's counterclaim of

unenforceability. The Court dismisses Defendant's counterclaim of invalidity without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that each party shall bear its own costs.

**IT IS SO ORDERED.**

DATE: September 10, 2008

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE